# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:06-CR-363-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GERALD ADRIAN WHEELER, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Redaction Request, pursuant to Fed. R. Crim. P. 49.1 (Document No. 245) filed March 18, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

Unless a court orders otherwise, filings that contain personal data identifiers may include only the information detailed in Fed.R.Crim.P. 49.1(a). Relevant here, when an electronic filing includes "the home address of an individual," the filing can include only "the city and state of the home address." Fed.R.Crim.P. 49.1(a)(5). Defendant has specified the document number, page number, and line number of the information he suggests for redaction. (Document No. 245).

**IT IS, THEREFORE, ORDERED** that Defendant's Redaction Request, pursuant to Fed. R. Crim. P. 49.1 (Document No. 245) is **GRANTED**. The Court Reporter shall:

1. Redact the house numbers and street addresses as detailed in the Request; and
2. Submit the redacted transcript to the Clerk of Court for filing not under seal.

**IT IS FURTHER ORDERED** that the unredacted transcripts (Document Nos. 240 and 241) shall remain under seal pending further order of the Court.

**SO ORDERED**.

Signed: March 29, 2024

David C. Keesler
United States Magistrate Judge